■ In the Matter of PHILIP A. MARRACCINI et al., Appellants, v ALBERT T. HAYDUK et al., Individually and Constituting the Board of Elections of the County of Westchester, Respondents, and RALPH AMELIO, Respondent-Respondent.—In a proceeding to validate petitions designating petitioners as candidates in the Republican Party primary election to be held on September 8, 1977 for the party positions of County Committeemen, the appeal is from a judgment of the Supreme Court, Westchester County, dated August 5, 1977, which dismissed the proceeding. Judgment affirmed, without costs or disbursements (see *Matter of Thompson v New York State Bd. of Elections,* 40 NY2d 814). Gulotta, P. J., Damiani, Shapiro, Mollen and O'Connor, JJ., concur.

■ In the Matter of PHILIP C. NOLAN, JR., Respondent, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents, and MICHAEL J. GRANT, Appellant.—In a proceeding to invalidate petitions designating Michael J. Grant as a candidate in the Conservative Party primary election to be held on September 8, 1977 for the public office of County Legislator, 10th Legislative District, Suffolk County, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 2, 1977, which granted the application. Judgment affirmed, without costs or disbursements (see *Matter of Ingle v Coveney,* 59 AD2d 570). Gulotta, P. J., Damiani, Shapiro, Mollen and O'Connor, JJ., concur.